UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:10cv-11005-GAO

ROBERT J. GALLAGHER,
Plaintiff

V.

TOWN OF BARNSTABLE, BARNSTABLE SCHOOL DISTRICT, BARNSTABLE SCHOOL COMMITTEE, PATRICIA GRENIER (Individually and as she is/was the Superintendent of Schools), PATRICIA GRAVES (Individually and as she is/was the Principal of Barnstable High School), KENNETH W. VANCOR (Individually and as he is an Employee of the Barnstable School District),
Defendants.

**AGREEMENT FOR JUDGMENT FOR DEFENDANTS, TOWN OF BARNSTABLE, BARNSTABLE SCHOOL DISTRICT, BARNSTABLE SCHOOL COMMITTEE, PATRICIA GRENIER, PATRICIA GRAVES, KENNETH W. VANCOR**

Now come the parties in the above-captioned action and agree to entry of the following judgment on the docket:

**Judgment for Defendants, Town of Barnstable, Barnstable School District, Barnstable School Committee, Patricia Grenier (Individually and as she is/was the Superintendent of Schools), Patricia Graves (Individually and as she is/was the Principal of Barnstable High School), Kenneth W. Vancor (Individually and as he is an Employee of the Barnstable School District), on all counts contained in the Plaintiff's Complaint. Each party to bear his/her/its own costs and attorneys' fees. The parties waive all rights to appeal.**

PLAINTIFF,

ROBERT J. GALLAGHER

*/s/ Stephen J. D'Angelo*

Stephen J. D'Angelo, BBO #640900
D'ANGELO & HASHEM, LLC
401 Andover Street
Suite 202
North Andover, MA 01845
(617) 624-9777

Dated: 4/18/13

DEFENDANTS,

TOWN OF BARNSTABLE,
BARNSTABLE SCHOOL DISTRICT,
BARNSTABLE SCHOOL COMMITTEE,
PATRICIA GRENIER,
PATRICIA GRAVES,
KENNETH W. VANCOR

*/s/ Rebecca J. Wilson*

Rebecca J. Wilson, BBO #529980
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02110
(617) 951-2100

Dated: 4/18/13

784974_1